IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SPECTRUM BRANDS, INC.,

          Plaintiff,

v.                                                         JUDGMENT

FASTTECH GADGETS LLC, MUHAMMAD FAHAD      21-cv-295-jdp
ASLAM, and JOHN DOES 1–10,

          Defendant.

---

IT IS ORDERED AND ADJUDGED that:

1. Plaintiff Spectrum Brands, Inc.'s claims against defendant Muhammad Fahad Aslam and John Does 1–10 are DISMISSED without prejudice,

2. Judgment is entered in favor of Spectrum and against defendant Fasttech Gadgets LLC in the amount of $15,584.50.

3. Fastech is ENJOINED as set forth in the attached permanent injunction.

Entered August 18, 2021.

Approved as to form:

/s/

_____
JAMES D. PETERSON
District Judge


   s/ R. Swanson, Deputy Clerk
_____
Peter Oppeneer
Clerk of court